UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAYWOOD COUNTY, TENNESSEE on Behalf of
Itself And All Others Similarly Situated,

       Plaintiff,

v.         )
         )
BANK OF AMERICA, NA; CDR FINANCIAL  )
PRODUCTS; FELD WINTERS FINANCIAL LLC; JP )    08cv3002 (LTS)
MORGAN CHASE & CO, INC.; MORGAN  )
KEEGAN & CO, INC.; PIPER JAFFRAY & CO.;        **NOTICE OF APPEARANCE**
UBS AG; WINTERS & CO ADVISORS LLC; and
WACHOVIA BANK NA,

       Defendants.

---

       PLEASE TAKE NOTICE, that King & Spalding LLP with offices at 1185 Avenue of the Americas, New York, New York 10036, hereby appears as counsel on behalf of defendant Bank of America N.A., in the above captioned action.

Dated:  New York, New York
         May 15, 2008

                                       Respectfully submitted,

                                       KING & SPALDING LLP

                                  By: /s/ Richard T. Marooney
                                    Richard T. Marooney (RM-0276)
                                    1185 Avenue of the Americas
                                    New York, New York 10036
                                    (212) 556-2100

TO:  All Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing NOTICE OF APPEARANCE upon all parties by causing a true and correct copy thereof to be delivered to all counsel of record by filing with the Court's CM/ECF system.

Dated: May 15, 2008
       New York, NY

By:   /s/ Richard T. Marooney
       Richard T. Marooney (RM-0276)
       King & Spalding LLP
       1185 Avenue of the Americas
       New York, NY 10036
       Phone: (212) 556-2100
       Fax: (212) 556-2222