UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAYWOOD COUNTY, TENNESSEE on Behalf of
Itself And All Others Similarly Situated,

   Plaintiff,

  v.                )
                   )
BANK OF AMERICA, NA; CDR FINANCIAL )
PRODUCTS; FELD WINTERS FINANCIAL LLC; JP )   08cv3002 (LTS)
MORGAN CHASE & CO, INC.; MORGAN    )
KEEGAN & CO, INC.;  PIPER JAFFRAY & CO.;     **CORPORATE DISCOSURE**
UBS AG; WINTERS & CO ADVISORS LLC; and     **STATEMENT**
WACHOVIA BANK NA,

   Defendants.

   In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Bank of America, N.A. certifies that it is a wholly owned indirect subsidiary of Bank of America Corporation.  Bank of America, N.A.'s direct parent company is NB Holdings Corporation, which in turn is 100% owned by Bank of America Corporation.  Bank of America Corporation is the only publicly-held company that owns 10% or more of Bank of America, N.A.'s stock.

Dated: New York, New York
    May 15, 2008

                       Respectfully submitted,

                       KING & SPALDING LLP

                  By: /s/ Richard T. Marooney
                    Richard T. Marooney (RM-0276)
                    1185 Avenue of the Americas
                    New York, New York 10036
                    (212) 556-2100

TO:  All Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing CORPORATE DISCLOSURE STATEMENT upon all parties by causing a true and correct copy thereof to be delivered to all counsel of record by filing with the Court's CM/ECF system.

Dated: May 15, 2008
New York, NY

By:  /s/ Richard T. Marooney
Richard T. Marooney (RM-XXXX)
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2100
Fax: (212) 556-2222