UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-2516 (VM) (JCF) |
| | ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul F. Corcoran of Davis & Gilbert LLP hereby appears as counsel for Defendants Natixis S.A. and Natixis Funding Corporation in the above-captioned action.

Dated: July 15, 2008
      New York, New York

                    DAVIS & GILBERT LLP

                    By: /s/ Paul F. Corcoran
                        Paul F. Corcoran
                        1740 Broadway
                        New York, New York  10019
                        Tel: (212) 468-4800
                        Fax: (212) 468-4888
                        pcorcoran@dglaw.com

*Counsel for Natixis S.A. and Natixis Funding Corporation*