UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| | Master Docket No. 08-2516 (VM) (JCF) |
| | ECF Case |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James R. Levine of Davis & Gilbert LLP hereby appears as counsel for Defendants Natixis S.A. and Natixis Funding Corporation in the above-captioned action.

Dated: July 15, 2008
        New York, New York

                        DAVIS & GILBERT LLP

                        By: /s/ James R. Levine
                            James R. Levine
                            1740 Broadway
                            New York, New York  10019
                            Tel: (212) 468-4800
                            Fax: (212) 468-4888
                            jlevine@dglaw.com

                        *Counsel for Natixis S.A. and Natixis Funding Corporation*