SCANNED
(JAB 8/01/08)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
:
*In Re: MUNICIPAL DERIVATIVES* : MDL No. 1950
*ANTITRUST LITIGATION* :
: Master Docket No.
-----------------------------------------------------X 08-cv-2516 (VM)(JCF)
:
THIS DOCUMENT RELATES TO: :
: **NOTICE OF APPEARANCE**
ALL ACTIONS :
:
-----------------------------------------------------X

Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter my appearance *pro hac vice* as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. Attached hereto please find a Certificate of Good Standing issued by the Clerk of the United States District Court for the District of Columbia on July 18, 2008.

Dated: Washington, D.C.
       July 30, 2008

                                BOIES SCHILLER & FLEXNER LLP

                                By: _____
                                    Jonathan M. Shaw

                                5301 Wisconsin Avenue, NW
                                Suite 800
                                Washington, D.C. 20015
                                (202) 237-2727

                                *Attorneys for Plaintiffs The State of Mississippi*
                                *And Hinds County, Mississippi*

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JONATHAN  MARK  SHAW**

was, on the  6th  day of  April  A.D.  1998  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of  this Court, a member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court in  the City of  Washington this  18th   day of  July  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk