UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
                                                :
In Re: MUNICIPAL DERIVATIVES                    :   MDL No. 1950
ANTITRUST LITIGATION                            :
                                                :   Master Docket No.
------------------------------------------------X   08-cv-2516 (VM)(JCF)
                                                :
THIS DOCUMENT RELATES TO:                       :
                                                :   **NOTICE OF APPEARANCE**
ALL ACTIONS                                     :
                                                :
------------------------------------------------X

     Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter my appearance *pro hac vice* as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. Attached hereto please find a Certificate of Good Standing issued by the Clerk of the United States District Court for the District of Columbia on July 18, 2008.

Dated: Washington, D.C.
     ~~July~~ Aug. 4, 2008

                              **BOIES SCHILLER & FLEXNER LLP**

                              By: _____
                                 William Isaacson

                              5301 Wisconsin Avenue, NW
                              Suite 800
                              Washington, D.C. 20015
                              (202) 237-2727

                              *Attorneys for Plaintiffs The State of Mississippi*
                              *And Hinds County, Mississippi*

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**WILLIAM ISAACSON**

was, on the 5th day of December A.D. 1988 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 18th day of July A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _[signature]_
Deputy Clerk