UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In Re MUNICIPAL DERIVATIVES            :
ANTITRUST LITIGATION                         :     MDL No. 1950
                                                              :     Master Docket No. 08-02516 (VM)(JCF)
                                                              :
                                                              :     AFFIDAVIT OF SERVICE
THIS DOCUMENT RELATES TO:          :
ALL ACTIONS                                         :
---------------------------------------------------------X

STATE OF NEW YORK           )
                                                )  ss.:
COUNTY OF NEW YORK       )

        JEANETTE ARIOLA, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

        On August 7, 2008, deponent served the Notice of Appearance of Harry S. Davis upon the following at the addresses designated for that purpose:

SEE ATTACHED LIST

        Said service was made by depositing true copies of said documents, enclosed in post-paid sealed wrappers, properly addressed, and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
JEANETTE ARIOLA

Sworn to before me this
7th day of August, 2008.

_____
Notary Public

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984082
Qualified in New York County
Commission Expires July 15, 2011

10728449.1

Andrew Kingsdale
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

David Eggert
Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004

Douglas L. Wald
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Eric B. Fastiff
Lieff, Cabraser, Heiman & Bernstein, L.L.P.
275 Battery Street
San Francisco, CA 94111-3339

H. Lee Godfrey
Susman Godfrey LLP(TX)
1000 Louisiana Street
Suite 5100
Houston, TX 77002

Marc M. Seltzer
Susman Godfrey, L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029

Michael W, Byrne
Brownstein, Hyatt & Farber, P.C
410 Seventeenth Street, 22nd Floor
Denver, CO 80202

Precious Tyrone Martin
Sercarz & Riopelle, L.L.P.
152 West 57th Street
24th Floor
New York, NY 10019

| | |
|---|---|
| Richard M. Heimann<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111 | William A. Isaacson<br>Boies, Schiller & Flexner L.L.P.<br>5301 Wisconsin Avenue, N.W.<br>Suite 800<br>Washington, DC 20015 |
| C. Andrew Dirksen<br>Gold, Bennett, Cera, & Sidener, LLP<br>595 Markeet Street<br>Suite 2300<br>San Francisco, CA 94105-2835 | Christopher Cormier<br>Cohen, Milstein, Hausfeld & Toll, PLLC (DC)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 |
| Christopher L. Lebsock<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 | Craig T. Stewart<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Gerald J. Rodos<br>Barrack, Rodos & Bacine<br>Suite 2100<br>3300 Two Commerce Square<br>Philadelphia, PA 19103 | Jon King<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 |

728437.1

Laurence S. Berman
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Mark J. Botti
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

Megan E. Jones
Cohen, Milstein, Hausfeld & Toll, PLLC (DC)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005

Michael D. Hausfeld
Cohen, Millstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Paul F. Bennett
Gold Bennett Cera & Sidener, LLP
595 Market Street
2300
San Francisco, CA 94105-2835

Ricahrd A. Koffman
Cohen, Milstein, Hausfeld & Toll, PLLC
West Tower, Suite 500
1100 New York Avenue, North West
Washington, DC 20005

Steven O. Sidener
Gold, Bennett, Cera & Sidener L.L.P.
595 Market Street
Suite 2300
San Francisco, CA 94105-2835

Vincent J. Esades
Heins Mills & Olson, P.L.C.
3550 IDS Center
310 Clifton Avenue
Minneapolis, MN 55403

0728437.1